IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT COONEY** **PLAINTIFF**
**#108929**

v.  CASE NO. 4:25-CV-00063 JM

**OFFICER MCJUNKINS,**
Badge #207, Conway Police Dept, *et al.*  **DEFENDANTS**

## ORDER

When plaintiff Robert Cooney filed this lawsuit, he was in custody at the Omega Unit of the Arkansas Division of Correction (Dkt. No. 1). On May 1, 2025, mail addressed to Mr. Cooney at the Omega Unit was returned undeliverable and marked "refused" (Dkt. No. 10). As a result, the Court enters this show cause Order to require Mr. Cooney to inform the Court of his current contact information. Within 30 days of the entry of this Order, Mr. Cooney must provide the Court in writing with a valid mailing address. *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas. Failure to provide the Court with a valid mailing address within 30 days of the entry of this Order may result in dismissal of this case without prejudice for failure to prosecute.

IT IS SO ORDERED this 5th day of June, 2025.

_____
UNITED STATE DISTRICT JUDGE