### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ROBERT COONEY                                                              PLAINTIFF
#108929


v.                              CASE NO. 4:25-CV-00063 JM


OFFICER MCJUNKINS and OFFICER BALL,
each in their official and individual capacities                          DEFENDANTS


### JUDGMENT

For the reasons stated in the order entered this same day, judgment is entered for

Defendants, and Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 19th day of May, 2026.


                                        _____
                                        UNITED STATE DISTRICT JUDGE